IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DANIEL FORD, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | No: 5:20-cv-00333-MTT-CHW |
| | : | |
| Lieutenant WILCOX, *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 |
|       Defendants. | : | Before the U.S. Magistrate Judge |
| _____ | : | |

**ORDER**

Before the Court is a motion to stay filed by Defendants Ward, Perry, Spikes, Thomas, Woodson, Butts, and Casas. (Doc. 24). In the motion, Defendants ask the Court to stay the period in which Defendants must move for summary judgment. (*Id*. at 1). Defendants request a stay until the Court rules upon Defendants Ward, Perry, Spikes, Thomas, Woodson, and Butts' motion to dismiss and Defendant Casas' motion to set aside default. (*Id*. at 2). Defendants assert there will be no need to file a motion for summary judgment should the Court grant the motion to dismiss, and in the alternative, that Defendants would be best served by filing a summary judgment motion collectively if the Court sets aside default as to Defendant Casas. (*Id*.).

Because it would be in the interests of justice and judicial economy to stay the summary judgment filing deadline until the pending motions are resolved, Defendants' motion to stay (Doc. 24) is **GRANTED**. The Court will set new deadlines for the filing of motions for summary judgment by all parties upon ruling on Defendants' pending motions.

**SO ORDERED**, this 22nd day of July, 2021.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge