IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DANIEL FORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No: 5:20-cv-00333 (MTT) (CHW) |
| | : | |
| ARTHUR WOODSON, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |

## ORDER

Before the Court are two motions. In one motion, Plaintiff Daniel Ford seeks additional time in which to respond to a pending motion to dismiss. Plaintiff's motion for extension (Doc. 27) is **GRANTED**. Plaintiff's response is due by **August 30, 2021**.

In another motion, Defendant Kameron Casas seeks to set aside the default against him, which default Casas claims has arisen by operation of law. (Doc. 22). In an accompanying declaration, Casas explains that he now works as a municipal police officer and that he was unfamiliar with the process by which former GDC correctional officers may request state legal representation. (Doc. 22-2). Casas also explains that, as a police officer, he is more accustomed to receiving criminal witness summonses, and he is generally unfamiliar with the procedure for the service of parties in civil actions. (*Id.*).

Defaults are viewed with disfavor, and there is a "strong policy of determining cases on their merits." *In re Worldwide Web Sys., Inc.*, 328 F.3d 1291, 1295 (11th Cir. 2003). Rule 55(c) of the Federal Rules of Civil Procedure provides that the Court may set aside any entry of default for "good cause," which generally requires the consideration of factors such as: "whether the default was culpable or willful, whether setting [the default] aside would prejudice the adversary, and

1

whether the defaulting party presents a meritorious defense." *Compania Interamericana Export-Import, S.A. v. Compania Dominicana de Aviacion*, 88 F.3d 948, 951–52 (11th Cir. 1996).

The record gives no suggestion of culpable conduct by Defendant Casas, Casas has raised grounds for a potentially meritorious defense, and there is no indication that Plaintiff will suffer prejudice by litigating the merits of his claims through the ordinary legal process. Accordingly, for these reasons, the Defendant's motion to set aside the entry of default (Doc. 22) is **GRANTED**. Casas is **DIRECTED** to file his answer **within fourteen days of the date of this order**.

**SO ORDERED**, this 11th day of August, 2021.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge