**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DANIEL FORD,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:20-cv-333 (MTT)** |
| **Lieutenant WILCOX, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

United States Magistrate Judge Charles H. Weigle recommends granting the defendants' motion to dismiss (Doc. 34) based on plaintiff Daniel Ford's repeated failure to participate in depositions. Doc. 36. Specifically, the Magistrate Judge recommends dismissal under Federal Rule of Civil Procedure 37(b) as a discovery sanction and under Federal Rule of Civil Procedure 41(b) for Ford's failure to comply with the Court's orders. *Id.* at 2. Ford has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of the Court. Accordingly, the defendants' motion to dismiss (Doc. 34) is **GRANTED**, and Ford's claims are **DISMISSED without prejudice**.

**SO ORDERED**, this 27th day of April, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT