IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DANIEL FORD,     *

      Plaintiff,     *

v.     Case No.   5:20-cv-00333-MTT-CHW

    *

LIEUTENANT WILCOX, et al.,    

    *

      Defendants.

    *

## J U D G M E N T

Pursuant to this Court's Order dated April 27, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of April, 2022.

                                 David W. Bunt, Clerk

                                 s/ Tydra Miller, Deputy Clerk